**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES,** | |
| **v.** | **Case No: 1:16-CR-00022-TSC** |
| **ROBERT A. RUSSELL** | |
| . | **The Hon. Tanya S. Chutkan** |

**JOINT MOTION TO VACATE HEARING ON VIOLATION**

Mr. Robert Russell, through counsel, and the United States Attorney's Office for the District of Columbia, respectfully ask this Court to vacate the evidentiary hearing set for July 7, 2026. In support, they would state as follows:

1. This case is currently set for an evidentiary hearing on a petition to revoke Mr. Russell's supervised release.

2. The petition for revocation is largely based on alleged conduct that the U.S. Attorney's office charged Mr. Russell with in Superior Court under case number 2025 FD3 013971. That case was recently dismissed for want of prosecution.

3. The United States has recently re-indicted Mr. Russell on the same conduct.

4. After conferring with Mr. Russell, counsel believes the best course of action in this case is to trail the Superior Court case. The government does not oppose having this case trail the Superior Court matter.

5. The parties ask that the Court vacate the July 7, 2026, hearing. When counsel learns additional information regarding the Superior Court matter, counsel will inform the Court and make any requests for relief that are appropriate at that time.

6. Undersigned counsel has met with Mr. Russell, who agrees to the relief sought in this motion.

WHEREFORE, the parties request that the Court vacate the July 7, 2026, hearing in this matter.

Respectfully Submitted,

THE LAW OFFICE OF JESSE WINOGRAD

Date: July 6, 2026

/s/ Jesse Winograd
Jesse Winograd
D.C. Bar No: 986610
5335 Wisconsin Ave. NW, Suite 440
Washington, DC 20015
Phone: (202) 302-7429
jwinograd@jwinogradlaw.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

Respectfully submitted,

Date: July 6, 2026

/s/ Jesse Winograd
Jesse Winograd, Esq. (DC Bar #986610)